

11TH COURT OF APPEALS

EASTLAND, TEXAS

JUDGMENT

In re Jerry D. Harrison                     * Original Mandamus Proceeding

No. 11-14-00196-CR                          * July 31, 2014

                                            * Memorandum Opinion Per Curiam
                                              (Panel consists of: Wright, C.J.,
                                              Willson, J., and Bailey, J.)

This court has considered Relator's petition for writ of mandamus and concludes that the writ of mandamus should be dismissed for want of jurisdiction. Therefore, in accordance with this court's opinion, the petition for writ of mandamus is dismissed.